# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JUAN RAUL ESCOBAR DEBIEN

Bkrtcy. No. 11-02120-ESL
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Mar 14, 2011 | Meeting Date Apr 15, 2011 | DC Track No. 2 |
| Days from petition date: 32 | Meeting Time 8:00 AM | |
| 910 Days before Petition: 9/15/2008 | ☐ Chapter 13 Plan Date Mar 14, 2011 Dkt.#2 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. (15 years ago) | Plan Base: $18,600.00 | |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: May 25, 2011 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. Date Amount | Total Paid In: $0.00 |

### I. Appearances:
- ☐ Telephone ☐ Video Conference
- ☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: J. Prieto ☐ Pro-se.

Creditor(s) present: ☒ None. BPPR - Gutierrez

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **JOSE PRIETO CARBALLO***
- Total Agreed: $3,000.00
- Paid Pre-Petition: $396.00
- Outstanding: $2,604.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.
- Liquidation Value: 0
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0 ①
- 4% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
① Submit paystubs Dec. 2010 all of them and complete for months Jan - Feb 2011 since we are missing paystubs. Debtor receives income on a weekly basis. Debtor states amount is the same, will not affect Gen. unsecured Pool.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Apr 15, 2011