IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 11-02120 |
|---|---|
| JUAN R ESCOBAR DEBIEN | CHAPTER 13 |
| DEBTOR(S) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to provide for co-debtor claim with BPPR.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 27th day of April of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                           Case No. 11-02120-13

ESCOBAR DEBIEN, JUAN RAUL                             Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 4-27-2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 310.00 x 60 = $ 18,600.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 18,600.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 18,600.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,604.00

Signed: /s/ JUAN RAUL ESCOBAR DEBIEN
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. Doral Financial Corp    Cr. Oriental Bank    Cr. ___
# 8930070027348    # 61010010011455    # ___
$ 4,300.00    $ 9,150.00    $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
Doral Financial Corp    Oriental Bank

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: ___
                 ☑ Paid 100% / ☐ Other: ___
Cr. BPPR    Cr. ___    Cr. ___
# 1860    # ___    # ___
$ 251.45    $ ___    $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

Attorney for Debtor Jose Prieto                        Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-02120-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed Apr 27 09:38:50 AST 2011 | BANCO BILBAO VIZCAYA ARGENTARIA PR<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Asset Acceptance Llc<br>Po Box 2036<br>Warren, MI 48090-2036 | BANCO BILBAO VIZCAYA ARGENTARIA<br>P.O BOX 364745<br>San Juan, PR 00936-4745 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | Citifinancial<br>Po Box 499<br>Hanover, MD 21076-0499 |
| Claro<br>Po Box 360998<br>San Juan, PR 00936-0998 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | Doral Bank<br>P.O. Box 70308<br>San Juan, P.R. 00936-8308 |
| Doral Financial Corp<br>PO BOX 71529<br>San Juan, PR 00936-8629 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | FORTUNO & FORTUNO FAS<br>PO BOX 9300<br>SANTURCE, PR 00908-0300 |
| Gemb/paypal Smart Conn<br>Po Box 981064<br>El Paso, TX 79998-1064 | Gemb/sams Club<br>Po Box 981400<br>El Paso, TX 79998-1400 | LCDO RAFAEL BRAS BENITEZ<br>PO BOX 195389<br>SAN JUAN, PR 00919-5389 |
| Oriental Bank<br>PO BOX 71578<br>San Juan, PR 00936-8678 | Security Credit Servic<br>2653 W Oxford Loop<br>Oxford, MS 38655-5442 | Security Credit Services, LLC<br>PO Box 1156<br>Oxford MS 38655-1156 |
| Zales/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| JUAN RAUL ESCOBAR DEBIEN<br>PO BOX 366051<br>SAN JUAN, PR 00936-6051 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | End of Label Matrix<br>Mailable recipients 25<br>Bypassed recipients 0<br>Total 25 |